**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

SHEKU DEEN YANSANE, a/k/a
Sheku Deen Yansani, C.C.C.F.
Detainee No. 100011919,
A# 216 083 686,

Petitioner,

v.

DHS, et al.,

Respondents.

CIVIL ACTION NO. 3:26-cv-02147

(SAPORITO, J.)

**ORDER**

AND NOW, this 6th day of November, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) is **DISMISSED without prejudice** for lack of jurisdiction;

2. All pending motions (Doc. 3; Doc. 10; Doc. 11; Doc. 12) are **DENIED as moot**; and

3. The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge